0Gina Szeto-Wong, Esq. (SBN: 284883)
Dean Royer, Esq. (SBN: 233292)
**SZETO WONG LAW, a Professional Corporation**
10080 N. Wolfe Rd., Suite SW3-200
Cupertino, California 95014
Phone: (650) 425.6264
Fax: (415) 869.5392
Emails: gina@szetowonglaw.com
         dean@szetowonglaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| SETH DONNELLY, et al.;  Plaintiffs,  vs.  MIKE THOMPSON, et al.;  Defendants. | CASE NO. 3:24-cv-09213-VC  **NOTICE OF UNOPPOSED MOTION AND MOTION TO WITHDRAW AS PLAINTIFFS' ATTORNEY; POINTS AND AUTHORITIES; DECLARATION OF DEAN ROYER; DECLARATION OF SETH DONNELLY; [PROPOSED] ORDER**  Date: March 6, 2025 (if needed)  Time: 10 am |
|---|---|

### NOTICE OF MOTION AND MOTION

**To Plaintiffs: you are notified that** Szeto-Wong Law, Gina Szeto-Wong, and Dean Royer move this Court to withdraw as Plaintiffs' attorneys on March 6, 2025 at 10 am. *See* N.D. Cal. Local R. 11-5.

This motion will be made on the grounds that good cause exists based on the clients' consent to proceed in pro per. This motion will be based on this Notice and Motion, the attached Points and Authorities and Declarations of Dean Royer and Seth Donnelly, the complete files and records in this action, and on such evidence as may be presented at the hearing, if any, of the motion.

# POINTS AND AUTHORITIES

**INTRODUCTION**

Plaintiffs' attorneys seek the Court's approval to withdraw based on a breakdown in the attorney-client relationship and Plaintiffs' consent to withdrawal and proceed in pro per to respond to the Court's January 23, 2025 Order to Show Cause. Consent by Plaintiffs is given knowingly and freely and with informed consent. Plaintiffs' attorneys have taken all reasonable steps to avoid reasonably foreseeable prejudice to Plaintiffs' rights, including providing sufficient information so that Plaintiffs could give informed consent to withdrawal, making the complete case file available to Plaintiffs, and confirming no advanced fees or expenses are unearned.

**STATEMENT OF FACTS AND PROCEDURAL HISTORY**

On December 19, 2024, this case was filed. (Royer Decl., ¶ 2). On January 17, 2025, a First Amended Complaint was filed. (Royer Decl., ¶ 3). The same day, a Motion to Substitute Counsel was filed to have Dean Royer in his individual capacity substitute for Szeto-Wong Law as Plaintiffs' counsel, but this motion has not yet been acted upon by the Court. (Royer Decl., ¶ 4). On January 23, 2025, the Court issued an Order to Show Cause why this case should not be dismissed, with a response due by January 30, 2025. (Royer Decl., ¶ 5).

On January 23 and 24, 2025, Plaintiffs' counsel provided information to Plaintiffs to allow Plaintiffs to make an informed decision about whether to consent to withdrawal of Szeto-Wong Law, Gina Szeto-Wong, and Dean Royer (whether in his capacity as an employe of Szeto-Wong Law or as an individual). (Royer Decl., ¶ 6). On January 24, 2025, Plaintiffs' counsel confirmed that there are no advance fees or expenses that are unearned. (Royer Decl., ¶ 7). As of January 27, 2025, the attorney-client relationship had broken down based on a differences over

responding to the Court's Order to Show Cause. (Royer Decl., ¶ 8; Donnelly Decl., ¶¶ 2–5). As of January 27, 2025, Plaintiffs have access to the complete case file. (Royer Decl., ¶ 9). On January 27, 2025, Plaintiffs gave their informed consent to the withdrawal of Szeto-Wong Law, Gina Szeto-Wong, and Dean Royer (whether in his capacity as an employe of Szeto-Wong Law or as an individual) as their attorneys and to proceed in pro per. (Royer Decl., ¶ 10; Donnelly, ¶ 6). The consent to withdraw was given knowingly and freely. (Donnelly, ¶ 7). Plaintiffs intend to respond to the Court's January 23, 2025 Order to Show Cause in pro per. (Donnelly, ¶ 8). Should the Court find cause and allow the case to continue, Plaintiffs intend to retain new counsel. (Donnelly, ¶ 8). None of the Defendants in this case have made an appearance. (Royer Decl., ¶ 11).

## LEGAL ARGUMENT

**I. There is Good Cause For Plaintiffs' Attorneys To Withdraw Based On Plaintiffs' Informed Consent to Proceed In Pro Per.**

Counsel may not withdraw from an action until relieved by an order of the Court after written notice has been provided, reasonably in advance, to the client and to all other parties who have appeared in the case. *See* N.D. Cal. Local R. 11-5(a).

An attorney may withdraw if the client knowingly and freely agrees to terminate the representation. *See* CPRC 1.16(b)(6). Withdrawal is also permitted on other grounds. *See* CPRC 1.16(b)(4). Before withdrawing, the attorney must take reasonable steps to avoid reasonably foreseeable prejudice to the client's rights. *See* CPRC 1.16(d). Such steps include giving the client sufficient notice, allowing time for employment of other counsel if desired by the client, returning the client's materials and property, and refunding any advance fees or expenses not earned or incurred. *See* CPRC 1.16(d).

Here, Plaintiffs' counsel provided information to Plaintiffs to allow Plaintiffs to make an informed decision about whether to consent to withdrawal of Szeto-Wong Law, Gina Szeto-Wong, and Dean Royer (whether in his capacity as an employe of Szeto-Wong Law or as an individual). (Royer Decl., ¶ 6). Plaintiffs' counsel confirmed that there are no advance fees or expenses that are unearned. (Royer Decl., ¶ 7). The attorney-client relationship has broken down. (Royer Decl., ¶ 8; Donnelly Decl., ¶ 2). Plaintiffs have been provided access to the complete case file. (Royer Decl., ¶ 9). On January 27, 2025, Plaintiffs gave their informed consent to the withdrawal of Szeto-Wong Law, Gina Szeto-Wong, and Dean Royer (whether in his capacity as an employe of Szeto-Wong Law or as an individual) as their attorneys and to proceed in pro per. (Royer Decl., ¶ 10; Donnelly, ¶ 3). The consent to withdraw was given knowingly and freely. (Donnelly, ¶ 4).

Based on the foregoing, Plaintiffs have complied with their duties under the California Rules of Professional Conduct and good cause of withdrawal exists based on Plaintiffs' informed consent to proceed in pro per.

## CONCLUSION

Based on the foregoing, Szeto-Wong Law, Gina Szeto-Wong, and Dean Royer respectfully request that the Court permit them to withdraw as Plaintiffs' attorneys.

Dated: January 27, 2025

By:  /s/Dean Royer
Dean Royer

Attorneys for Plaintiffs
SETH DONNELLY, et al.

**DECLARATION OF DEAN ROYER**

1. I, the undersigned, am an attorney admitted to practice before the courts of the State of California and this Court. I am a Senior Litigation Attorney for Szeto-Wong Law.

2. On December 19, 2024, this case was filed.

3. On January 17, 2025, a First Amended Complaint was filed.

4. On January 17, 2025, a Motion to Substitute Counsel was filed to have me in my individual capacity substitute for Szeto-Wong Law as Plaintiffs' counsel, but this motion has not yet been acted upon by the Court.

5. On January 23, 2025, the Court issued an Order to Show Cause why this case should not be dismissed, with a response due by January 30, 2025.

6. On January 23 and 24, 2025, I provided information to Plaintiffs to allow Plaintiffs to make an informed decision about whether to consent to withdrawal of Szeto-Wong Law, Gina Szeto-Wong, and Dean Royer (whether in his capacity as an employe of Szeto-Wong Law or as an individual).

7. On January 24, 2025, I confirmed that there are no advance fees or expenses that are unearned or not incurred.

8. As of January 27, 2025, the attorney-client relationship had broken down.

9. As of January 27, 2025, Plaintiffs have access to the complete case file.

10. On January 27, 2025, Plaintiffs gave their informed consent to the withdrawal of Szeto-Wong Law, Gina Szeto-Wong, and Dean Royer (whether in his capacity as an employe of Szeto-Wong Law or as an individual) as their attorneys and to proceed in pro per.

11. None of the Defendants in this case have made an appearance.

12. I served the Plaintiffs with a true and correct copy of this Motion to Withdraw on January 27, 2025 by email.

13. Pursuant to Local Rule 5-1(i), I attest that each of the other signatories in this motion have concurred in the filing of the document.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, except as to matters therein stated on information and belief, and as to those matters, I believe them to be true.

Dated: January 27, 2025

By: /s/Dean Royer
Dean Royer

## DECLARATION OF SETH DONNELLY

1. I, the undersigned, am a Plaintiff and Class Representative in this case.

2. On January 23, 2025, the Court issued an Order to Show Cause why this case should not be dismissed, with a response due by January 30, 2025.

3. On January 23 and 24, 2025, our attorney Dean Royer provided information to me as Plaintiff to allow the Plaintiffs to make an informed decision regarding the status of the case. When I asked for his recommendation as to how to proceed, he advised that that we as Plaintiffs should dismiss the case.

4. Between January 25 and January 26, 2025, I took the recommendation to dismiss our complaint to the other class representatives. An emergency meeting was held with class representatives and class members the evening of January 26, 2025. At that meeting, using the consensus process, all present agreed that it was decided that the issue of taxpayer funding of genocide was too important to dismiss. The group also decided whether to consent to withdrawal of Szeto-Wong Law, Gina Szeto-Wong, and Dean Royer (whether in his capacity as an employe of Szeto-Wong Law or as an individual).

5. As of January 27, 2025, the attorney-client relationship with Szeto-Wong Law, Gina Szeto-Wong, and Dean Royer (whether in his capacity as an employe of Szeto-Wong Law or as an individual) had broken down. Specifically, our attorneys advised dismissing the case in response to the Court's January 23, 2025 Order to Show Cause but the Plaintiffs wish to file a substantive response.

6. On January 27, 2025, after consultation Dean Royer and with all Class Representatives, Plaintiffs gave their informed consent to the withdrawal of Szeto-Wong Law, Gina Szeto-Wong,

and Dean Royer (whether in his capacity as an employe of Szeto-Wong Law or as an individual) as their attorneys and to proceed in pro per.

7. The Plaintiffs' consent to withdraw was given knowingly and freely.

8. Plaintiffs intend to respond to the Court's January 23, 2025 Order to Show Cause in pro per. Plaintiffs are actively seeking new counsel. Should the Court find cause and allow the case to continue, Plaintiffs intend to retain new counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, except as to matters therein stated on information and belief, and as to those matters, I believe them to be true.

Dated: January 27, 2025

By: *Seth Donnelly*
Seth Donnelly (Jan 27, 2025 13:10 PST)
Seth Donnelly

**[PROPOSED] ORDER**

The Motion to Withdraw is hereby approved and so ORDERED.

Date: _____    _____
                                UNITED STATES DISTRICT JUDGE